**Paul A. PORTER, Price Administrator, Office of Price Administration, v. WHEATLAND BAKERS, Inc., a Pennsylvania Corporation, Appellant.**

No. 9275.

Circuit Court of Appeals, Third Circuit.

Argued April 11, 1947.

Decided April 18, 1947.

Ralph E. Evans, of Harrisburg, Pa. (Ernest Ray White and Duane, Morris & Heckscher, all of Philadelphia, Pa., and McNees, Wallace & Nurick, of Harrisburg, Pa., on the brief), for appellant.

Leanora S. Gruber, of New York City (William E. Remy, David London, and Albert M. Dreyer, all of Washington, D. C., and Kenneth Fisher, of New York City, on the brief), for respondent.

Before GOODRICH, McLAUGHLIN, and KALODNER, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of the District Court.

**WILLAMETTE TUG & BARGE COMPANY, a Corporation, Appellant, v. Ole ERICKSEN and Pacific Building Materials Company, a Corporation, C. T. Smith and Esson Smith, Co-partners Doing Business as C. T. Smith & Son, Claimants of the Tug CHARLES T, Steamship KARL LIEBKNECHT, Appellees.**

No. 11390.

Circuit Court of Appeals, Ninth Circuit.

Jan. 9, 1947.

Senn & Recken and L. A. Recken, all of Portland, Or., for appellant.

Thomas J. White and Samuel H. Bear, both of Portland, Or., for appellees, C. T. Smith and Esson Smith.

Before DENMAN, HEALY, and BONE, Circuit Judges.

PER CURIAM.

The decree is affirmed on the grounds stated in the opinion of the district court.

**A. P. W. PAPER COMPANY, Inc., Petitioner, v. FEDERAL TRADE COMMISSION, Respondent.**

No. 195, Docket 20342.

Circuit Court of Appeals, Second Circuit.

April 16, 1947.

Edward H. Green, of New York City, for petitioner.

Walter B. Wooden, Associate Gen. Counsel, Federal Trade Commission, of Washington, D. C., for respondent.

Before SWAN, A. N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Cause remanded in open court to Federal Trade Commission to consider the desirability of modifying the order.